UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORGE PATINO RANGEL,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 3:26-cv-06081-JSC

**ORDER GRANTING PARTIES' STIPULATION AND EXTENDING TRO**

Re: Dkt. No. 14

In this immigration habeas petition, the Court granted Petitioner's motion for a temporary restraining order (TRO) and ordered Respondents to show cause as to why a preliminary injunction should not issue by Order of June 24, 2026. (Dkt. No. 11.) The parties have now filed a stipulation to move the order to show cause hearing due to Respondents' counsel's unavailability. (Dkt. No. 14.) The Court GRANTS the stipulation and CONTINUES the hearing to July 20, 2026 at 3:30 p.m. via Zoom videoconference. Based on the parties' stipulation to move the hearing date, the Court finds good cause to extend the TRO to July 21, 2026 at 5:00 p.m. or further order of the Court.

This Order disposes of Docket No. 14.

**IT IS SO ORDERED.**

Dated: July 7, 2026

JACQUELINE SCOTT CORLEY
United States District Judge